■ In the Matter of DAVID M. IOCOLANO, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DIS-

TRICT, Petitioner. [913 NYS2d 591]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ.